# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CUEVAS CARDOZA,<br>　　　　　　Petitioner,<br>　v.<br>JAMES ROBERTSON,<br>　　　　　　Respondent. | CASE NO. 5:18-CV-02560-JLS (SK)<br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed with prejudice.

DATED: March 29, 2019

_____
HON. JOSEPHINE L. STATON
U.S. DISTRICT JUDGE